# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142239

GET BACK UP, INC. and WILLIAM TAYLOR,
     Petitioners-Appellants,

v

DETROIT BOARD OF ZONING APPEALS,
     Respondent-Appellee,

and

RUSSELL WOODS SULLIVAN AREA
ASSOCIATION,
     Intervenor-Appellee.
_____/

SC: 142239
COA: 299422
Wayne CC: 08-107348-AA

On order of the Court, the application for leave to appeal the October 28, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

d0418